IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES WILLIAM S. JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:22-CV-450-WKW |
| | ) [WO] |
| CHILTON COUNTY JAIL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On August 9, 2022, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 4.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that Plaintiff's Complaint is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 20th day of September, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE